**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-6087**

---

BRYAN KEITH RICHARDSON,

Petitioner – Appellant,

v.

RUSSELL PERDUE,

Respondent – Appellee,

and

R. PERDUE, Warden; SMITH, A.W.; DOES 1 THRU 8,

Respondents.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Senior District Judge. (5:14-cv-00061-FPS-JSK)

---

Submitted: April 16, 2015          Decided: April 21, 2015

---

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Bryan Keith Richardson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryan Keith Richardson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Richardson v. Perdue, No. 5:14-cv-00061-FPS-JSK (N.D.W. Va. Jan. 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2